AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| NHANCE, INC. and CHEM-DRY, INC. f/k/a HARRIS RESEARCH, INC.<br><br>*Plaintiff(s)*<br>v.<br>FINISHLINE CABINETS, LLC, HUBSUITE MARKETING AGENCY, LLC, DAVID MURPHY, and DAN KENNING<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-395-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID MURPHY
550 EDGEWOOD DRIVE
PROVIDENCE, UTAH 84332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DAVID MURPHY
550 EDGEWOOD DRIVE
PROVIDENCE, UTAH 84332

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 06/21/2023

*C. Louisville*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| NHANCE, INC. and CHEM-DRY, INC. f/k/a HARRIS RESEARCH, INC.<br><br>*Plaintiff(s)*<br>v.<br>FINISHLINE CABINETS, LLC, HUBSUITE MARKETING AGENCY, LLC, DAVID MURPHY, and DAN KENNING<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-395-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FINISHLINE CABINETS, LLC
120 N 800 E
HYRUM, UTAH 84319

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BEARNSON & CALDWELL, LLC
399 NORTH MAIN STREET
SUITE 270
LOGAN, UTAH 84321

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  06/21/2023                                                                   /s/ C. Louisville
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| NHANCE, INC. and CHEM-DRY, INC. f/k/a HARRIS RESEARCH, INC.<br><br>*Plaintiff(s)*<br>v.<br>FINISHLINE CABINETS, LLC, HUBSUITE MARKETING AGENCY, LLC, DAVID MURPHY, and DAN KENNING<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-395-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HUBSUITE MARKETING AGENCY, LLC
124 S 600 W
SUITE 101
LOGAN, UTAH 84321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HARRISON KENNING
252 W 20 N
HYRUM, UTAH 84319

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 06/21/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

NHANCE, INC. and CHEM-DRY, INC. f/k/a HARRIS RESEARCH, INC.

*Plaintiff(s)*

v.

FINISHLINE CABINETS, LLC, HUBSUITE MARKETING AGENCY, LLC, DAVID MURPHY, and DAN KENNING

*Defendant(s)*

Civil Action No.  3:23-cv-395-KHJ-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DAN KENNING
456 EAST MAIN STREET
HYRUM, UTAH 84319

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAN KENNING
456 EAST MAIN STREET
HYRUM, UTAH 84319

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  06/21/2023

*Signature of Clerk or Deputy Clerk*